**Angelo DONNICI, Appellant, v. UNITED STATES of America. No. 11527.**

Circuit Court of Appeals, Eighth Circuit.

March 7, 1940.

Frank D. Rader, C. S. Walden, Hunt C. Moore, and Harvey Roney, all of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Richard K. Phelps, Asst. U. S. Atty., both of Kansas City., Mo., for appellee.

PER CURIAM.

Judgment of District Court vacated and cause remanded with authority in the District Court in its discretion to permit appellant to change plea, etc., on motion of appellant.